IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:92CR3060 |
| v. | ) | |
| MICHAEL D. WEST, | ) | ORDER ON PETITION FOR WARRANT |
| | ) | OR SUMMONS FOR OFFENDER UNDER |
| Defendant. | ) | SUPERVISION |

    This matter came on for hearing on July 13, 2010. The defendant, Michael D. West, was advised of the allegations and potential penalties in the petition. Mr. West denied the allegations in the petition. The government recommended detention and the defendant submitted a proposed release plan. The court requested that the defendant receive a substance abuse evaluation and submit a proposed release order to this court.

    The proposed Order on Petition for Warrant or Summons for Offender Under Supervision submitted to me by the defendant's counsel is not satisfactory. I conclude that the defendant should remain in custody, which is a stable/sober environment in which he may live, until a bed is available in Cornhusker Place's short-term residential substance abuse treatment program.

    He shall remain there following the rules set by program staff until completion. Upon being discharged from the program for whatever reason, the defendant shall notify the probation office.

    Dated July 30, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge