IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:92CR3060 |
| MICHAEL D. WEST, | ) ) ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 145, now set for October 6, 2010, at 12:15 p.m. until a date certain in approximately 30 days. The Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 9th day of November, 2010, at 12:15 p. m. The Defendant is ordered to appear at such time.

Dated this 4th day of October, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge