IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | |
| ) | |
| v.                            ) | Case No.  4:92CR3060 |
| ) | |
| MICHAEL D. WEST,              ) | |
| ) | |
| Defendant.   ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 147.  The Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Unopposed Motion to Amend Conditions of Release restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

Dated October 20, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge