IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:92CR3060 |
| ) | |
| MICHAEL D. WEST, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before me on the defendant's Unopposed Motion to Continue Revocation Hearing, filing 151, now set for November 9, 2010, at 12:15 p.m. until a date certain in approximately 60 days.  I find that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 4th day of January, 2011, at 12:15 p. m.  The defendant is ordered to appear at such time.

Dated this 8th day of November, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge