## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:92CR3060 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. WEST, | ) | ORDER RESCHEDULING REVOCATION |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1.     the revocation hearing is rescheduled and shall commence at 12:15 p.m. on January 25, 2011, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2.     the defendant shall be present for the hearing.

Dated December 20, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge