IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:92cr3060 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. WEST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 25, 2011, the defendant appeared in person with his attorney, Michael J. Hansen.  The United States was represented by Bruce Gillan, Assistant United States Attorney.  Defendant admitted he violated Standard  Condition #1 and Special Condition #3 of his terms and conditions of supervised release.  Upon accepting the defendant's admission of allegations 1 and 2, the Court found that the defendant did violate the terms and conditions of supervised release as alleged in the Petition for Offender Under Supervision (filing 132).

On April 18, 2011, the disposition hearing was held.  The United States was represented by Bruce Gillan, Assistant United States Attorney.  The defendant was present and represented by his attorney, Michael J. Hansen.

IT IS ORDERED: Defendant's term of supervised release is revoked and the conditions of supervised release will be extended by 12 months that is beyond the August date under the same terms and conditions of supervised release as set forth in the judgment and commitment order dated April 9, 1993.

DATED this 18th day of April, 2011.

BY THE COURT:

*s/ Warren K. Urbom*
United States Senior District Judge